JACOBS & BARBONE, P.A.
A Professional Corporation
Attorneys at Law
1125 Pacific Avenue
Atlantic City, New Jersey 08401
(609) 348-1125
jacobsbarbone@comcast.net
Attorneys for Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| v. | CASE NO. 1:14-CR-00057-(JEI-1) |
| MICHAEL KULICK, | Criminal Action |
| Defendant. | SECOND CONSENT ORDER MODIFYING<br>CONDITIONS OF RELEASE |

THIS MATTER being opened to the Court by Michael F. Myers, Esquire of the law firm of Jacobs & Barbone, P.A., attorneys for Defendant Michael Kulick, with the consent of Diana Carrig, Esquire, Assistant United States Attorney, representing the United States of America and Gary E. Pettiford, Senior U.S. Pretrial Services Officer having been given due notice of this Consent Order and having consented to same, and for other good cause shown;

It is on this 29th day of MAY, 2014,

ORDERED that defendant Michael Kulick, currently restricted to his residence every day from 9:00 P.M. to 7:00 A.M., is permitted to make informal requests to Pretrial Services for modifications of this restriction for legitimate and necessary purposes, the approval of which will be subject to the discretion of Pretrial Services.

IT IS FURTHER ORDERED that all other conditions of pretrial release set forth by this Court on February 6, 2014 and March 13, 2014 shall remain in effect.

_____
Honorable Joseph E. Irenas, S.U.S.D.J.

We hereby consent to the form and entry of the within Order.

Paul J. Fishman, Esquire
United States Attorney
Attorney for United States of America

By: /s/ Diana Carrig
    Diana Carrig, Esquire
    Assistant United States Attorney


Jacobs & Barbone, P.A.
Attorneys for Defendant Michael Kulick

BY: /s/ Michael F. Myers
    Michael F. Myers, Esquire
    Edwin J. Jacobs, Jr., Esquire
    Attorneys for Defendant Michael Kulick